IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>    v.<br><br>WILLY JOEL BAEZ ,<br>    Defendant. | Criminal No. 08-308 (ADC) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Camille Vélez-Rivé on September 9, 2008. (**Docket No. 60**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Willy Joel Báez** be adjudged guilty of the offenses charged in a one( 1) count Information (T.8, U.S.C. §§ 1326(a)(1)) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the Information in the above-captioned case.

Criminal No. 08-308 (ADC) Page -2-

**The sentencing hearing is set for December 1, 2008 at 4:30 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 29th day of September, 2008.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**